NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
John Kucera (Cal. Bar No. 274184)
Assistant United States Attorneys
Asset Forfeiture Section
U.S. Department of Justice
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-3391
    Facsimile:    (213) 894-7177
    E-mail:    John.kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: APPLICATION, AFFIDAVIT AND SEIZURE WARRANT 18-MJ-00721 | No. 2:18-MJ-00721<br><br>UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER UNSEALING THE APPLICATION FOR SEIZURE WARRANT, AFFIDAVIT AND SEIZURE WARRANT |

    The United States of America hereby applies *ex parte* for an order unsealing the Applications, Affidavits and Seizure warrant for the following CR Misc. Nos.: 18-MJ-00711; 18-MJ-00712; 18-MJ-00713; 18-MJ-00715; 18-MJ-00716; 18-MJ-00718; 18-MJ-00719; 18-MJ-00721; 18-MJ-00722; 18-MJ-00723; 18-MJ-00724; 18-MJ-00751; 18-MJ-00752; 18-MJ-

00797; 18-MJ-00798; 18-MJ-00996; 18-MJ-00997; 18-MJ-00998; 18-MJ-00999; 18-MJ-01000; and 18-MJ-01001. This *ex parte* application is unopposed.

In support of this application, the government submits the attached Memorandum of Points and Authorities.

Pursuant to the Sealing Orders issued by the Court on March 28, April 4, and April 26, 2018, the application and affidavit are to remained sealed until the filing of related civil complaints or further order of the Court.

Dated: May 15, 2018            Respectfully submitted,

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 */s/ John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

MEMORANDUM OF POINTS AND AUTHORITIES

On March 28, April 4, and April 26, 2018, the government applied to the Court for orders sealing the following case files: 18-MJ-00711; 18-MJ-00712; 18-MJ-00713; 18-MJ-00715; 18-MJ-00716; 18-MJ-00718; 18-MJ-00719; 18-MJ-00720; 18-MJ-00721; 18-MJ-00722; 18-MJ-00723; 18-MJ-00724; 18-MJ-00751; 18-MJ-00752; 18-MJ-00797; 18-MJ-00798; 18-MJ-00996; 18-MJ-00997; 18-MJ-00998; 18-MJ-00999; 18-MJ-01000; and 18-MJ-01001.

On March 28, and April 4, 2018, the Honorable Patrick J. Walsh, United States Chief Magistrate Judge, Central District of California, signed the original and amended requested Orders for 18-MJ-00711; 18-MJ-00712; 18-MJ-00713; 18-MJ-00715; 18-MJ-00716; 18-MJ-00718; 18-MJ-00719; 18-MJ-00720; 18-MJ-00721; 18-MJ-00722; 18-MJ-00723; 18-MJ-00724; 18-MJ-00751; 18-MJ-00752; 18-MJ-00797; and 18-MJ-00798.  On April 26, 2018, the Honorable John E. McDermott, United States Magistrate Judge, Central District of California, signed the requested Orders for 18-MJ-00996; 18-MJ-00997; 18-MJ-00998; 18-MJ-00999; 18-MJ-01000; and 18-MJ-01001.  In each such case, the Court ordered that the respective application, affidavit and attachments offered in support of the request for a seizure warrant, as well as the application of the United States for an order sealing the supporting Memorandum of Points and Authorities and Declaration of Postal Inspector Lyndon A. Versoza, "shall be filed with this Court under seal, and shall not be disclosed to any person unless otherwise ordered by this Court or upon the filing of a civil complaint for forfeiture against any assets seized pursuant to the execution of the warrant, whichever is earlier."  The sealing request was granted on

the ground that public disclosure of the materials could lead to the subjects' flight from prosecution as well as their destruction of evidence.

    On April 9, 2018, in the United States District Court for the District of Arizona, the government unsealed indictments in *United States v. Michael Lacey, et al.* CR 18-422-PHX-SPL, which charged seven individuals with offenses related to the instant seizure warrants. Subsequently, these seven individuals have been arrested, and the need to maintain under seal the seizure materials in this case has now expired. *See* Declaration of John J. Kucera at ¶ 2.

///

///

///

1   The government respectfully requests that the Court enter the
2   accompanying order unsealing any and all Applications, Affidavits for
3   Seizure Warrant, and Seizure Warrant for CR Misc. Nos.: 18-MJ-00711;
4   18-MJ-00712; 18-MJ-00713; 18-MJ-00715; 18-MJ-00716; 18-MJ-00718; 18-
5   MJ-00719; 18-MJ-00720; 18-MJ-00721; 18-MJ-00722; 18-MJ-00723; 18-MJ-
6   00724; 18-MJ-00751; 18-MJ-00752; 18-MJ-00797; 18-MJ-00798; 18-MJ-
7   00996; 18-MJ-00997; 18-MJ-00998; 18-MJ-00999; 18-MJ-01000; and 18-MJ-
8   01001.

Dated: May 15, 2018                    Respectfully submitted,

                                       NICOLA T. HANNA
                                       United States Attorney
                                       LAWRENCE S. MIDDLETON
                                       Assistant United States Attorney
                                       Chief, Criminal Division
                                       STEVEN R. WELK
                                       Assistant United States Attorney
                                       Chief, Asset Forfeiture Section

                                        */s/ John J. Kucera*
                                       JOHN J. KUCERA
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

DECLARATION OF JOHN J. KUCERA

I, JOHN J. KUCERA, declare as follows:

1. I am an Assistant United States Attorney for the U.S. Attorney's Office in the Central District of California. I am one of the attorneys representing the government in the case of *United States v. Michael Lacey, et al.* CR 18-422-PHX-SPL, which indicted seven individuals with offenses related to the Applications, Affidavits for Seizure Warrant, and Seizure Warrant for CR Misc. Nos.: 18-MJ-00711; 18-MJ-00712; 18-MJ-00713; 18-MJ-00715; 18-MJ-00716; 18-MJ-00718; 18-MJ-00719; 18-MJ-00720; 18-MJ-00721; 18-MJ-00722; 18-MJ-00723; 18-MJ-00724; 18-MJ-00751; 18-MJ-00752; 18-MJ-00797; 18-MJ-00798; 18-MJ-00996; 18-MJ-00997; 18-MJ-00998; 18-MJ-00999; 18-MJ-01000; and 18-MJ-01001.

2. Subsequently, the seven individuals named in the indictment have been arrested, and the need to maintain under seal the seizure materials in this case has now expired.

3. I declare under penalty of perjury, under the laws of the United States of America, that to the best of my knowledge, the foregoing is true and correct.

Executed on May 15, 2018 in Los Angeles, CA.

_____
JOHN J. KUCERA